IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

GREGORY L. WINFORD                                                        PLAINTIFF


            v.                        Civil No. 05-2146

JO ANNE B. BARNHART, Commissioner,
Social Security Administration                                            DEFENDANT

## J U D G M E N T

For reasons stated in the memorandum opinion of this date, we hereby affirm the decision

of the Commissioner and dismiss plaintiff's case with prejudice. **The parties have sixty days**

**from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 29th day of September 2006.


                                        /s/ Beverly Stites Jones
                                        UNITED STATES MAGISTRATE JUDGE

-1-

AO72A
(Rev. 8/82)